NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDALL ORVIS BURCH,  )
                        )
        Appellant,  )
                        )
v.  )       Case No. 2D18-1121
                        )
MARY ELIZABETH HUNTER,  )
                        )
        Appellee.  )
_____)

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Charlotte
County; Leigh Frizzell Hayes, Judge.

Randall Orvis Burch, pro se.

Mary Elizabeth Hunter, pro se.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.